UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| MARCUS JONES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 2:15 CV 79 CDP |
| | ) | |
| WESLEY DALTON, | ) | |
| | ) | |
| Respondent. | ) | |

## **MEMORANDUM AND ORDER**

As plaintiff's complaint has been dismissed,

**IT IS HEREBY ORDERED** that the motion for appointment of counsel [12] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 11th day of December, 2015.